**COHEN-JOHNSON, LLC**
H. STAN JOHNSON, ESQ
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRIC T OF NEVADA

| | |
|---|---|
| In Re:<br><br>IDDAH GITONGA. | BK: 14-15065-LED<br>Chapter 13 |

### NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY PROCEEDINGS

NOTICE IS HEREBY GIVEN THAT Debtor, Iddah Gitonga, pursuant to 11 U.S.C. § 1307(b) Debtor hereby elects to voluntarily dismiss the afore-mentioned Chapter 13 proceeding.

Dated this 14th of April, 2015.

                                    COHEN-JOHNSON, LLC

                            By:     /s/ H. Stan Johnson, Esq.
                                    H. Stan Johnson, Esq.
                                    Nevada Bar No. 00265
                                    255 E. Warm Springs Road, Suite 100
                                    Las Vegas, Nevada 89119
                                    Attorneys for Debtor